## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| | ) | |
| IN RE:  YASMIN AND YAZ | ) | **3:09-md-02100-DRH** |
| (DROSPIRENONE) MARKETING, SALES | ) | |
| PRACTICES AND PRODUCTS LIABILITY | ) | **MDL No. 2100** |
| LITIGATION | ) | |
| | ) | |

**This Document Relates To:**

| | |
|---|---|
| *Stacy Sommerfeld v. Bayer Corporation et al* | No. 09-cv-10047-DRH |
| *Kelly Minardo v. Bayer Corporation et al* | No. 09-cv-10184-DRH |
| *Shannon Moore v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-12179-DRH |
| *Sarah Mora v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-10184-DRH |
| *Kylie Patten v. Bayer Corporation et al* | No. 09-cv-10018-DRH |
| *Megan Pitts v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-10758-DRH |
| *Freddie Sanders v. Bayer Corporation et al* | No. 10-cv-10123-DRH |

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on September 26, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**

**BY:   /s/Caitlin Fischer**
       **Deputy Clerk**

Date: September 26, 2014

Digitally signed by
David R. Herndon
Date: 2014.09.26
16:12:59 -05'00'

APPROVED:
     CHIEF JUDGE
     U. S. DISTRICT COURT